UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN VERRINDER<br>    Plaintiff<br><br>v.<br><br>ANTHONY J. PRINCIPI,<br>SECRETARY<br>DEPARTMENT OF VETERANS<br>AFFAIRS<br>    Defendants | CIVIL ACTION NO.<br>3:01CV01116(CFD)<br><br><br>October 28, 2003 |



### PLAINTIFF KAREN VERRINDER'S MOTION FOR ENLARGEMENT OF TIME TO FILE A MEMORANDUM IN OPPOSITION TO SUMMARY JUDGEMENT

Pursuant to Fed. R. Civ. P. 6(b), the Plaintiff, Karen Verrinder, respectfully requests that the Court grant her an enlargement of time in which to file a memorandum in opposition to summary judgment, up to and including November 28, 2003. This is the first request for enlargement of time in this matter.

**Procedural Background**

The Plaintiff was discriminated against by the Defendant based upon Plaintiff's disability. She commenced an action for disability discrimination (Americans with Disabilities Act), Violation of the Rehabilitation Act, and violation of the Connecticut Fair Employment Practices Act. The Defendant filed the present motion for summary judgment dated October 8, 2003.

**Reasons for Enlargement of Time**

During the past few months, the law firm for the Plaintiff, which consisted of three attorneys, lost its Senior Associate. Also, the law firm paralegal has been on

maternity leave and recently informed the law firm that due to complications with her infant that she would be unable to return. The law firm carries an extensive caseload of which ninety percent is devoted to litigation in state and federal court. In order to relieve the burden on the law firm, the firm has very recently hired another attorney for the practice.

Counsel for the Plaintiff has spoken with opposing counsel, Douglas Morabito, and Attorney Morabito stated that he did not have an objection to a thirty-day extension.

Wherefore, the Plaintiff respectfully requests that the court grant her motion for Enlargement of Time in which to respond to Defendant's Motion for Summary Judgment, up to and including November 28, 2003.

The Plaintiff,
Karen Verrinder

By:_____
Eugene N. Axelrod, Esq.
Federal Bar No. ct00309
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge CT 06525
Tel: (203) 389-6526
Fax: (203) 389-2656
Her Attorney

## Certification

A copy of the foregoing was sent via first class mail, postage pre-paid to the following counsel of record:

Attorney Douglas P. Morabito
United States Attorney
District of Connecticut
157 Church Street
New Haven, CT 06510

10/29/03
Dated

Eugene N. Axelrod