UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN VERRINDER<br>Plaintiff<br><br>-V.-<br><br>ANTHONY J. PRINCIPI,<br>SECRETARY<br>DEPARTMENT OF VETERANS<br>AFFAIRS<br>    Defendants | CIVIL ACTION NO.<br>3:01CV01116(CFD)<br><br>October 28, 2003 |

## PLAINTIFF KAREN VERRINDER'S MOTION FOR ENLARGEMENT OF TIME TO FILE A MEMORANDUM IN OPPOSITION TO SUMMARY JUDGEMENT

Pursuant to Fed. R. Civ. P. 6(b), the Plaintiff, Karen Verrinder, respectfully requests that the Court grant her an enlargement of time in which to file a memorandum in opposition to summary judgment, up to and including November 28, 2003. This is the first request for enlargement of time in this matter.

**Procedural Background**

The Plaintiff was discriminated against by the Defendant based upon Plaintiff's disability. She commenced an action for disability discrimination (Americans with Disabilities Act), Violation of the Rehabilitation Act, and violation of the Connecticut Fair Employment Practices Act. The Defendant filed the present motion for summary judgment dated October 8, 2003.

**Reasons for Enlargement of Time**

During the past few months, the law firm for the Plaintiff, which consisted of three attorneys, lost its Senior Associate. Also, the law firm paralegal has been on

*GRANTED. It is so ordered.*