UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN VERRINDER<br>Plaintiff | CIVIL ACTION NO.<br>3:01CV1116 (CFD) |
| v. | |
| ANTHONY J. PRINCIPI, SECRETARY<br>OF VETERANS AFFAIRS<br>Defendant | November 26, 2003 |

## PLAINTIFF KAREN VERRINDER'S MOTION FOR ENLARGEMENT OF TIME TO FILE A MEMORANDUM IN OPPOSITION TO SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 6(b), the Plaintiff, Karen Verrinder, respectfully requests that the Court grant her enlargement of time in which to file a memorandum in opposition to summary judgment. The Plaintiff requests that the enlargement be granted for up to and including 30 days after the court's decision on the pending motion to Stay the Motion for Summary Judgment and to Grant Additional Time for the Plaintiff to Complete Discovery.

### Procedural Background

The Plaintiff was discriminated against by the Defendant based upon the Plaintiff's disability. She commenced an action for disability discrimination (Americans with Disabilities Act), Violation of the Rehabilitation Act, and violation of the Connecticut Fair Employment Practices Act. The Defendant filed the present motion for summary judgment dated October 8, 2003.

### Reason for Enlargement of Time

The Plaintiff is unable to respond to Plaintiff's motion without further depositions. For that reason, the Plaintiff has moved for a stay of the summary judgment

1

motion and for the court to grant the Plaintiff additional time to conduct depositions. As stated in the Plaintiff's Motion to Stay the Motion for Summary Judgment and to Grant Additional Time to Complete Depositions and the accompanying memorandum of law, the Defendant's unnecessary restrictions upon the Plaintiff resulted in the depositions of crucial witnesses, Janice Joseph and Jo Ellen Moon, unable to be completed.

Counsel for the Plaintiff has spoken with opposing counsel, Douglas Morabito, and Attorney Morabito has stated that he does not have an objection to an enlargement of time until after the Court rules on Plaintiff's Motion to Stay the Motion for Summary Judgment and to Grant Additional Time for the Plaintiff to Complete Depositions.

Wherefore, the Plaintiff respectfully requests that the court grant her motion for Enlargement of Time in which to respond to Defendant's Motion for Summary Judgment, up to and including 30 days after ruling on Plaintiff's Motion to Stay the Motion for Summary Judgment and Grant Additional Time for the Plaintiff to Complete Depositions.

The Plaintiff,
Karen Verrinder

By:_____
Eugene N. Axelrod, Esq.
Federal Bar No. ct 00309
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge CT 06525
Tel: (203) 389-6526
Fax: (203) 389-2656
Her Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage pre-paid on this 26th day of November to the following counsel of record:

Attorney Douglas P. Morabito
United States Attorney
District of Connecticut
157 Church Street
New Haven CT 06510

Eugene N. Axelrod