UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN VERRINDER | : | |
| | : | |
| Plaintiff, | : | NO. 3:01CV1116(MRK) |
| | : | |
| v. | : | |
| | : | |
| ANTHONY J. PRINCIPI, SECRETARY OF VETERANS AFFAIRS | : | |
| | : | |
| Defendant. | : | |

### ENDORSEMENT ORDER

Plaintiff Karen Verrinder's Motions For Enlargement Of Time To File A Memorandum In Opposition To Summary Judgment [Docs. #24 and 27] are hereby **GRANTED**. Plaintiff shall have 30 days after the court's decision on the pending Motion to Stay the Motion for Summary Judgment and to Grant Additional Time for the Plaintiff to Complete Depositions in which to file a memorandum in opposition to summary judgment.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: December 10, 2003.