UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN VERRINDER | : | |
| | : | |
| Plaintiff, | : | NO. 3:01CV1116(MRK) |
| | : | |
| v. | : | |
| | : | |
| ANTHONY J. PRINCIPI, SECRETARY OF VETERANS AFFAIRS | : | |
| | : | |
| Defendant. | : | |

## ORDER

The Court having conferred with the parties on the record on January 8, 2004, Plaintiff Karen Verrinder's Motion to Stay Motion for Summary Judgment and Grant Additional Time for Plaintiff to Complete Depositions [doc. #28] is DENIED because, as stated in greater detail on the record during the conference with the parties, plaintiff has failed to demonstrate the good cause required by the Federal Rules of Civil Procedure and the District's Local Rules for altering the existing Scheduling Order. Defendant's Request for Status Conference [doc. #26] is GRANTED nunc pro tunc. Plaintiff's response to Defendant's Motion for Summary Judgment will be filed by March 1, 2004. Defendant's reply will be filed by March 11, 2004.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
         U.S.D.J.

Dated at New Haven, Connecticut: January 8, 2004.