# United States District Court
# District of Connecticut

Verrinder
*Plaintiff*
    v.       Case No. 3:01cv1116(MRK)

Principi
*Defendant*

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

☐ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

☐ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

☐ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

☐ A ruling on the following motions which are currently pending: (orefm.)
Doc#

☒ A settlement conference (orefmisc./cnf.)

☐ A conference to discuss the following: (orefmisc./cnf.)

☐ Other: (orefmisc./misc)


SO ORDERED this __8th__ day of __January__, __2004__ at New Haven, Connecticut.


/s/ _____Mark R. Kravitz_____
UNITED STATES DISTRICT COURT JUDGE