UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday, January 8, 2004
10:15 a.m.

CASE NO. **3:01cv1116 MRK**   **Verrinde v Veterans Affairs, et al**

Eugene N. Axelrod
Employment Law Group
8 Lunar Dr.
Woodbridge, CT 06525


Douglas P. Morabito
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD
DATE: 1/8/04

35 min.