UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN VERRINDER | : | |
| | : | |
| Plaintiff, | : | NO. 3:01CV1116 (MRK) |
| | : | |
| v. | : | |
| | : | |
| ANTHONY J. PRINCIPI, SECRETARY OF VETERANS AFFAIRS | : | |
| | : | |
| Defendant. | : | |

**ORDER**

In light of Plaintiff's failure to respond to Defendant's Motion for Summary Judgment [doc. #19], and for the reasons set forth by Defendant in that motion, the Motion for Summary Judgment is GRANTED as to all claims.

The Court will briefly describe the course of events leading to this Order. Defendant's Motion for Summary Judgment was filed on October 8, 2003. Plaintiff filed a Motion for Extension of Time [doc. #22] on October 29, 2003, which the Court granted on November 5, 2003, giving Plaintiff until November 28, 2003 to respond to the motion. Plaintiff then filed a Motion to Stay Motion for Summary Judgment and for Extension of Time to Complete Depositions [doc. #28], and a Motion for Extension of Time Until 30 Days After Ruling on the Motion to Stay [doc. #27] on December 4, 2003. The Court granted the Motion for Extension of Time Until 30 Days After Ruling on the Motion to Stay [doc. #29] on December 10, 2003. On January 8, 2004, the Court held a status conference with the parties, after which it issued an Order [doc. #30], denying the Motion to Stay Motion for Summary Judgment and for Extension

of Time to Complete Depositions, and setting a deadline for Plaintiff's Response to Defendant's Motion for Summary Judgment of March 1, 2004. That deadline has come and gone.

District of Connecticut Local Rule 56(a)1 provides that all material facts set forth in a party's Local Rule 56(a)1 Statement will be deemed admitted unless controverted by their opponent's Local Rule 56(a)2 Statement. Insofar as no Local Rule 56(a)2 Statement has been filed by Plaintiff, Defendant's contentions are deemed admitted. Defendant's contentions, combined with Defendant's arguments in its Memorandum in Support of Motion for Summary Judgment [doc. #21], are sufficient, in the absence of any opposing facts or arguments by Plaintiff, for this Court to grant summary judgment.

Accordingly, Defendant's Motion for Summary Judgment [doc. #19] is GRANTED and the case is dismissed.

IT IS SO ORDERED.

/s/    Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: March 11, 2004.