UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KAREN VERRINDER

    v.                        Civil No.  3:01cv1116(MRK)

ANTHONY J. PRINCIPI, SECRETARY
OF VETERANS AFFAIRS

## JUDGMENT

This matter came on for consideration on defendants' Motion for Summary Judgement before the Honorable Mark R. Kravitz, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on March 12, 2004, entered an Order on the defendant's Motion for Summary Judgement granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 15th of March, 2004.

                                              KEVIN F. ROWE, CLERK
                                              By
                                                  /s/ Kenneth R. Ghilardi
                                              Kenneth R. Ghilardi
                                              Deputy Clerk

EOD: _____