UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **KAREN VERRINDER** | : | CIVIL ACTION NO. |
|    **Plaintiff** | : | 3:01CV01116(MRK) |
| | : | |
| **v.** | : | |
| | : | |
| **ANTHONY J. PRINCIPI, SECRETARY** | : | March 19, 2004 |
| **OF VETERAN AFFAIRS** | : | |
|    **Defendant** | | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Karen Verrinder hereby appeals to the United States Court of Appeals for the Second Circuit the Court's decision to grant Defendant's Motion for Summary Judgment entered on the 15th day of March 2004.

                                                  The Plaintiff,
                                                Karen Verrinder


By:_____
Eugene N. Axelrod, Esq.
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge CT 06525
Tel: (203) 389-6526
Fax: (203) 389-2656
Fed. Bar No. ct 00309

PDF created with pdfFactory trial version www.pdffactory.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing Notice of Appeal has been sent via first class mail, postage pre-paid this _____ day of March to the following counsel of record:

Douglas P. Morabito
U.S. Attorney's Office
157 Church Street, 23rd floor
P.O. Box 1824
New Haven CT 06510

_____
Eugene N. Axelrod, Esq.

PDF created with pdfFactory trial version www.pdffactory.com