# DISTRICT OF CONNECTICUT - NEW HAVEN
## NOTICE OF APPEAL COVER MEMO

**DATE:** March 24, 2004     **TO:** Intake Clerk

**FROM:** Rebecca Rodko 203-773-2422

FILED
APR 8  2 43 PM '04
U.S DISTRICT COURT
NEW HAVEN, CONN.

**CASE TITLE:** Verrinder vs Dept of Veterans Affairs

**DOCKET NO.:** 3:01cv1116(MRK)

**NOTICE OF APPEAL:** filed: March 22, 2004

**APPEAL FROM:** final judgment: **X**

interlocutory: __

other: __

**DOCKET SHEET:** Attorney, updated address & phone number for each party **Y**

All parties are listed on Docket Sheet
(Including Third Parties) **Y**

All docket entries and dates are included **Y**

**FEE STATUS:** Paid _____    Due ✓    N/A _____

IFP revoked _____    Application Attached _____

IFP pending before district judge **No**

**COUNSEL:** CJA _____    Retained ✓    Pro Se _____

**TIME STATUS:** Timely ✓    Out of Time _____

**MOTION FOR EXTENSION OF TIME:** Granted _____    Denied _____

**COA:** Granted _____    Denied _____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: S.P.     DATE: 3-29-04
DEPUTY CLERK, USCA

USCA No. _____.