**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

3:01cv 1116
MRK

Roseann B. MacKechnie
CLERK

DC :Conn/nh

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 13th day of May two thousand Four.

Docket No. [s] : 04-1561 -cv

Karen Verrinder,

　　Plaintiff-Appellant,
v.

Department of Veterans Affairs,

　　Defendant-Appellee,

Veterans CT Health Care System,

　　Defendant.



The Civil Appeal Management Plan of this Court Directs that within ten (10) days after filing a Notice of Appeal, the Appellant shall, inter alia,

either pay the docketing fee or move for leave to proceed in forma pauperis,

and that in the event of default of this requirement, the Clerk may dismiss the appeal without further notice.

　　The Appellant herein not having so proceeded, upon consideration thereof,
　　　it is ordered that the appeal from the order of United States
　　District Court for the CT/nh be and it hereby is dismissed.

　　　　　　　　For the Court,
　　　　　　　　Roseann B. MacKechnie, Clerk

　　　　　　　　By: Tynetta Hope
　　　　　　　　Deputy Clerk

A TRUE COPY
...N B. MacKECHNIE, CLERK
J. Hope

**CERTIFIED:**   MAY 13 2004